UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:    CASE NO.: 10-35439-BKC-LMI
Chapter 7

**LEONARDO GONZALEZ**
SSN: XXX-XX-1158
**DIANELYS DURAN**
SSN: XXX-XX-3869
_____Debtor(s)._____/

**TRUSTEE, JOEL L. TABAS' OBJECTION TO
DEBTOR(S)' SCHEDULED VALUATION AND CLAIMED
EXEMPTION OF SCHEDULED PROPERTY**

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Leonardo Gonzalez and Dianelys Duran (the "Trustee"), through counsel and pursuant to 11 U.S.C. §§ 522 and 541, and Federal Rule of Bankruptcy Procedure 4003, files this Objection to Debtor(s)' Scheduled Valuation and Claimed Exemption of Scheduled Property (the "Objection"), and in support thereof, states as follows:

1.   This case commenced as a Chapter 7 proceeding on August 27, 2010.

2.   The § 341 Meeting of Creditors was scheduled and held on October 8, 2010.

3.   Accordingly, the last day for the Trustee to object to the Debtor(s)' claimed exemptions is October 8, 2010.

4.   The Trustee objects to the scheduled valuation and claimed exemption of all property, claimed as exempt by the Debtor(s) to the extent that the actual Petition Date fair market value of said property, when combined with the Debtor(s)' other non-exempt assets, causes the Debtor(s) to exceed the available $4,000.00 per person personal property exemption, and the $1,000.00 per person vehicle exemption under Florida law, or to the extent that any claimed exempt property was converted from non-exempt assets in derogation of Fla. Stat. 222.29 and 222.30, and any other applicable law.

CASE NO.: 10-35439-BKC-LMI

5. The non-exempt property, if any, is property of the Estate pursuant to 11 U.S.C. § 541.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Leonardo Gonzalez and Dianelys Duran, respectfully requests this Honorable Court enter an Order (1) sustaining the instant Objection, and (2) granting such other and further relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 8, 2010, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

| | |
|---|---|
| Leonardo Gonzalez | Dianelys Duran |
| 2743 W 74TH TER | 2743 W 74TH TER |
| Hialeah, FL 33016-5433 | Hialeah, FL 33016-5433 |

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Fla. Bar No. 516902
Tabas, Freedman, Soloff, Miller & Brown, P.A.
Attorneys for Trustee, Joel L. Tabas
One Flagler Building
14 Northeast First Avenue - Penthouse
Miami, Florida 33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
E-mail: jtabas@tabasfreedman.com

2